**Order entered February 19, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-21-00106-CV

### IN RE DAVID PALMER, Relator

**Original Proceeding from the City of Irving**
**Dallas County, Texas**

### ORDER
Before Justices Schenck, Nowell, and Garcia

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/    ERIN A. NOWELL
        JUSTICE